IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MICHAEL MCDONALD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 3:12-cv-00505 |
| | ) | JUDGE CAMPBELL |
| WARNER BROS. RECORDS, INC., | ) | MAGISTRATE JUDGE BROWN |
| Defendant. | ) | |

## AGREED ORDER

Pursuant to the Court's September 11, 2012 Order (Doc. No. 17), the parties hereby agree that the time for Defendant to respond to Plaintiff's Complaint (Doc. No. 1) is extended up and until November 1, 2012. In addition, pursuant to the Order, the parties agree that the Initial Case Management Conference be rescheduled anytime from November 12 – 23, 2012, at a time that is convenient for the Court.

WHEREFORE, Defendant's time to respond to Plaintiff's Complaint is extended up and until November 1, 2012. The Initial Case Management Conference, currently scheduled for September 27, 2012, is hereby continued and shall be reset by the Court between November 12 – 23, 2012.

It is so **ORDERED.**

The ICMC is reset to Thur. Nov. 15, 2012 at 10:30 a.m.

/S/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge