UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| Michael McDonald, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:12-cv-00505 |
| ) | Magistrate Judge Brown |
| Warner Bros. Records, Inc., ) | |
| ) | |
| Defendant. ) | |

### O R D E R

This matter is set for a telephone conference on Wednesday, August 7, 2013, at 10:000 a.m. At the request of the parties, the telephone conference is **CONTINUED** to **Tuesday, August 20, 2013 at 11:00 a.m**. To participate in the conference call, the parties shall call (615) 695-2851 at the scheduled time.

It is so **ORDERED**.

/S/ Joe B. Brown
_____
JOE B. BROWN
United States Magistrate Judge