```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

MICHAEL McDONALD,              )
                               )
        Plaintiff              )
                               )
v.                             )     No. 3:12-0505
                               )     Judge Campbell/Brown
WARNER BROS. RECORDS INC.,     )     **Jury Demand**
a subsidiary of Warner         )
Music Group Corp.,             )
                               )
        Defendants             )

### **O R D E R**

A telephone call was held on August 20, 2013, with the parties in this matter concerning the status of the case.

The parties believe that they have this matter resolved. They hope that the final agreement has been transmitted to the clients for final approval.

A further telephone conference about the status of the case is set for **September 5, 2013, at 10:30 a.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

Plaintiff's counsel advised that if this last draft was not satisfactory, they would in all likelihood file a motion to enforce what they consider the terms of an agreement that contained all of the material elements necessary for resolution.

Hopefully, this event will not occur. The Magistrate Judge certainly has no desire to upset the settlement apple cart,

but at some point the apple cart must reach its destination–be it settlement or trial.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge